UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| KEVIN DEWIGHT HONESTY, ) | |
| ) | |
| Petitioner, ) | No. 7:22-CV-085-REW |
| ) | |
| V. ) | |
| ) | |
| HECTOR JOYNER, Warden, ) | JUDGMENT |
| ) | |
| Respondent. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Opinion and Order entered on this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **AJUDGED** as follows:

1. Petitioner Kevin Dewight Honesty's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, DE 1, is **DENIED** with respect to all issues raised in this proceeding.

2. Judgment is entered in favor of Respondent. And,

3. This matter is **STRICKEN** from the Court's active docket.

This the 15th day of October, 2024.

Signed By:
*Robert E. Wier* REW
**United States District Judge**

1